UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Kevin Phillips

Case No.: 19-16057
Chapter: 7
Judge: CMG

## NOTICE OF PROPOSED ABANDONMENT

___Karen E. Bezner___, ___Trustee___ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton, Clerk
United States Bankruptcy Court
United States Courthouse
402 East State Street
Trenton, New Jersey  08608

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle, U.S.B.J.__ on __June 18, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
1023 Lalor Street
Hamilton, New Jersey
Valued at $350,000.00

Liens on property:
Bayview Loan Servicing, $314,301.00
costs of sale estimated at 10%, or $35,000.00

Amount of equity claimed as exempt: $23,675.00

Objections must be served on, and requests for additional information directed to:

Name: Karen E. Bezner, Trustee   /s/ Karen E. Bezner
Address: 567 Park Avenue, Suite 103, Scotch Plains, New Jersey  07076
Telephone No.: (908) 322-8484

*rev.8/1/15*

```
                        United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                              Case No. 19-16057-CMG
Kevin A. Phillips                                                   Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 1             Date Rcvd: May 16, 2019
                               Form ID: pdf905          Total Noticed: 18

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2019.
db             +Kevin A. Phillips,    415 Columbus Ave,    Trenton, NJ 08629-2706
518142882       CAPITAL HEALTH,    MEDICAL CENTER HOPEWELL,    PO BOX 785831,    PHILADELPHIA, PA 19178-5831
518142871      +CHASE CARD,    PO BOX 15298,    WILMINGTON, DE 198SO 19850-5298
518142878      +CHASE SLATE,    CARDMEMBER SERVICE,    PO BOX 1423,    CHARLOTIE, NC 28201-1423
518142881      +CLIENT SERVICES, INC.,    3451 HARRY S. TRUMAN BLVD,    ST. CHARLES, MO 63301-9816
518142873      +FIRST NATIONAL CREDIT CA,    500 EAST 60TH ST NORTH,    SIOUX FALLS, SD 57104-0478
518142872      +JEWELERSRESERVE/CBNA,    PO BOX 6497,    SIOUX FALLS, SD S 57117-6497
518142874      +MACY'S DEPARTMENT STORES,    PO BOX 8218,    MASON, OH 45040-8218
518142877      +MARRIOT BONVOY,    CARDMEMBER SERVICE,    PO BOX 1423,    CHARLOTIE, NC 28201-1423
518142880       PENN CREDIT,    2800 COMMERCE DRIVE,    PO BOX 69703,    HARRISBURG, PA 17106-9703
518142883       TAXSERV CAPITAL SERVICES, LLC,    21 OAK STREET SUITE 310,    HARTFORD, CT 06106-8008
518212232      +Tax Collector, City of Danbury,    155 Deer Hill Avenue,    Danbury, CT 06810-7726
518142879      +WEINBERGER DIVORCE & FAMILY LAW GROUP LLC,    83 SOUTH STREET, SUITE 201,
                 FREEHOLD, NJ 07728-2375

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 17 2019 00:00:39      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 17 2019 00:00:35      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518142875      +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 17 2019 00:01:05
                 BAYVIEW LOAN SERVICING,    4425 PONCE DE LEON BLVD,    CORAL GABLES, FL 33146-1837
518142876       E-mail/Text: bankruptcy@cunj.org May 17 2019 00:00:24      CREDIT UNION OF NEW JERSEY,
                 1035 PARKWAY AVE,    TRENTON, NJ 08618
518142870       E-mail/Text: mrdiscen@discover.com May 16 2019 23:59:35      DISCOVER FINANCIAL SERVICES,
                 PO BOX 15316,    WILMINGTON, DE 198SO
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2019 at the address(es) listed below:
              Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Rebecca Ann Solarz    on behalf of Creditor    Metropolitan Life Insurance Company
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```