UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                          : Case no.:          19-16057
                                                :
Kevin A. Phillips                               : Chapter:              7
                                                :
                                                : Judge:             Gravelle
                    Debtor(s)                   :
                                                :

**CERTIFICATION OF NO OBJECTION**

I _____Gary A. Nau_____, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

☒ Abandonment

☐ Public Sale

☐ Private Sale

☐ Settlement of Controversy

☐ Auctioneer Compensation

Description of Property (if applicable):
1023 Lalor Street, Hamilton, New Jersey.

JEANNE A. NAUGHTON, Clerk

Date: 6/13/2019                    By: Gary A. Nau

*rev.2/10/17*