**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Kevin A. Phillips | Social Security number or ITIN   xxx–xx–2118 |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–16057–CMG | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kevin A. Phillips

6/28/19

**By the court:** Christine M. Gravelle
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Kevin A. Phillips  
    Debtor

Case No. 19-16057-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 1        Date Rcvd: Jun 28, 2019  
                            Form ID: 318        Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2019.
```
db              +Kevin A. Phillips,    415 Columbus Ave,    Trenton, NJ 08629-2706
518142882        CAPITAL HEALTH,    MEDICAL CENTER HOPEWELL,    PO BOX 785831,    PHILADELPHIA, PA 19178-5831
518142878       +CHASE SLATE,    CARDMEMBER SERVICE,    PO BOX 1423,    CHARLOTIE, NC 28201-1423
518142881       +CLIENT SERVICES, INC.,    3451 HARRY S. TRUMAN BLVD,    ST. CHARLES, MO 63301-9816
518142873       +FIRST NATIONAL CREDIT CA,    500 EAST 60TH ST NORTH,    SIOUX FALLS, SD 57104-0478
518142872       +JEWELERSRESERVE/CBNA,    PO BOX 6497,    SIOUX FALLS, SD S 57117-6497
518142877       +MARRIOT BONVOY,    CARDMEMBER SERVICE,    PO BOX 1423,    CHARLOTIE, NC 28201-1423
518142880        PENN CREDIT,    2800 COMMERCE DRIVE,    PO BOX 69703,    HARRISBURG, PA 17106-9703
518142883        TAXSERV CAPITAL SERVICES, LLC,    21 OAK STREET SUITE 310,    HARTFORD, CT 06106-8008
518212232       +Tax Collector, City of Danbury,    155 Deer Hill Avenue,    Danbury, CT 06810-7726
518142879       +WEINBERGER DIVORCE & FAMILY LAW GROUP LLC,    83 SOUTH STREET, SUITE 201,
                  FREEHOLD, NJ 07728-2375
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jun 29 2019 01:25:15     U.S. Attorney,   970 Broad St.,
                   Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 29 2019 01:25:11     United States Trustee,
                   Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                   Newark, NJ 07102-5235
518142875       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 29 2019 01:25:47
                   BAYVIEW LOAN SERVICING,   4425 PONCE DE LEON BLVD,   CORAL GABLES, FL 33146-1837
518142871       +EDI: CHASE.COM Jun 29 2019 04:48:00      CHASE CARD,   PO BOX 15298,
                   WILMINGTON, DE 198SO 19850-5298
518142876        E-mail/Text: bankruptcy@cunj.org Jun 29 2019 01:25:04     CREDIT UNION OF NEW JERSEY,
                   1035 PARKWAY AVE,   TRENTON, NJ 08618
518142870        EDI: DISCOVER.COM Jun 29 2019 04:48:00      DISCOVER FINANCIAL SERVICES,   PO BOX 15316,
                   WILMINGTON, DE 198SO
518142874       +EDI: TSYS2.COM Jun 29 2019 04:48:00      MACY'S DEPARTMENT STORES,   PO BOX 8218,
                   MASON, OH 45040-8218
                                                                                              TOTAL: 7
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2019                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2019 at the address(es) listed below:
```
              Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Rebecca Ann Solarz    on behalf of Creditor   Metropolitan Life Insurance Company
               rsolarz@kmllawgroup.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```